# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 15, 2007

Charles R. Fulbruge III
Clerk

No. 06-40326
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

V.

MIGUEL ANGEL CHICA-CHACON, also known as Miguel Angel Chacon

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:05-CR-725

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Miguel Angel Chica-Chacon appeals the 57-month sentence imposed following his guilty plea to illegally reentering the United States following previous deportation. Chica-Chacon argues that the district court erred in applying the sentence enhancement under U.S.S.G. § 2L1.2 because his prior Texas convictions for aggravated assault do not qualify as crimes of violence. In

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

light of our recent decision in United States v. Guillen-Alvarez, 489 F.3d 197, 199-201 (5th Cir. 2007), Chica-Chacon's argument is unavailing.

In light of Apprendi v. New Jersey, 530 U.S. 466 (2000), Chica-Chacon challenges the constitutionality of 8 U.S.C. § 1326(b)'s treatment of prior felony and aggravated felony convictions as sentencing factors rather than elements of the offense that must be found by a jury. This court has held that this issue is "fully foreclosed from further debate." United States v. Pineda-Arrellano, 492 F.3d 624, 625 (5th Cir. 2007), petition for cert. filed (Aug. 28, 2007) (No. 07-6202).

AFFIRMED.